# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| WANITA HINDERS, | ) | CASE NO. 3:19-cv-00333-TMR-MJN |
| | ) | |
| Plaintiff, | ) | Judge Michael J. Newman |
| | ) | |
| v. | ) | Magistrate Judge Elizabeth Preston Deavers |
| | ) | |
| TENNECO AUTOMOTIVE OPERATING COMPANY INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Parties' Joint Stipulation of Dismissal With Prejudice, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety against the Defendant with prejudice, the Parties to bear their own costs, including attorneys' fees.

Date: 03/04/2021

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge

**Distribution**:

All Counsel of Record via ECF

US.131505510.01